UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TROUPE,<br><br>        Plaintiff,<br><br>  v.<br><br>SMITH, et al.,<br><br>        Defendants. | CASE NO. C15-5671 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Plaintiff's motions for Temporary Restraining Orders (Dkts. 31, 32, and 36) are **DENIED.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 21st day of January, 2016.

Ronald B. Leighton (as auth/dn)
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1