```
                    ___ FILED      ___ LODGED
                              ___ RECEIVED

                       JUN 17 2016

                  CLERK U.S. DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON AT TACOMA
       BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

  Plaintiff,

v.

DONNA SMITH, et al.,

  Defendants.

CASE NO. C15-5671 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)  The Court adopts the Report and Recommendation.

2)  Plaintiff's motion to dismiss party (Dkt. 44) is **GRANTED;** Defendant Nicole Buckingham is **DISMISSED WITH PREJUDICE.**

3)  The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 17th day of June, 2016.

                *Ronald B. Leighton*
                RONALD B. LEIGHTON
                United States District Court Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1