UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

                  Plaintiff,

    v.

DONNA SMITH, et al.,

                  Defendants.

No. C15-5671 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #71].

(2)    Defendants' Motion for Summary Judgment [Dkt. #28] is **GRANTED;** Plaintiff's claims against Defendants are **Dismissed with Prejudice.**

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 13th day of October, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1